# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

In re:
JOHN ETHAN RAHL,

Case No. 96-12875
Chapter 13

                  Debtor.

---

**JOHN RAHL,**

                  **Appellant,**

                  **V.**             **CASE NUMBER: 1:03-CV-941(WKS)**

**CITY OF KINGSTON and ULSTER COUNTY,**

                  **Appellees.**


**[ ]**        **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[XX]**      **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of APPELLEES against APPELLANT dismissing this appeal pursuant to the Opinion and Order of the Hon. William K. Sessions, III, dated January 30, 2008.

DATED:    <u>January 30, 2008</u>

                                          */s/ Lawrence K. Baerman*
                                          Clerk of Court

LKB:lmp